**Kevin BOGUE, Plaintiff-Appellant,**

v.

**NCO FINANCIAL SYSTEMS, INC., Defendant-Appellee.**

No. 15-35078

United States Court of Appeals, Ninth Circuit.

Submitted April 7, 2017 *
Seattle, Washington

Filed April 17, 2017

Jason Anderson, Anderson Law of King County, Seattle, WA, for Plaintiff-Appellant

Damian P. Richard, Sessions Fishman Nathan & Israel, LLP, San Diego, CA, for Defendant-Appellee

Before: W. FLETCHER and GOULD, Circuit Judges, and BLOCK,** District Judge.

MEMORANDUM ***

Kevin Bogue appeals from a district court order awarding him $1,001 in attorney's fees. Because the district judge did not begin his fees analysis by first calculating the lodestar, Bogue asks that we vacate the award and remand for a recalculation of fees. *See Camacho v. Bridgeport Fin., Inc.,* 523 F.3d 973, 982 (9th Cir. 2008). Under the circumstances, a remand for recalculation is so likely to result in the same award that we decline to do as Bogue requests.

**AFFIRMED**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* The Honorable Frederic Block, United States District Judge for the Eastern District of New York, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.